# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CODY ROGERS; ANNIE PLANCHON ROSSI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH; HUNTINGTON BEACH POLICE DEPARTMENT; DOES 1 to 10,<br><br>Defendants. | CASE NO. 8:19−cv−00031 DOC (ADSx)<br>*[Assigned to the Hon. David O. Carter]*<br><br>**ORDER OF DISMISSAL** [32]<br><br>Complaint: January 7, 2019<br>Trial: March 24, 2020 |

Having reviewed the Stipulation of the Parties and good cause appear, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its/his/her own fees and costs.

**IT IS SO ORDERED.**

Dated: September 11, 2019

_____
Hon. David O. Carter
Judge of the United States District Court